# Case Assignment
# Standard Civil Assignment

Case number **3:26CV-942-DJH**

Assigned : Chief Judge David J. Hale
Judge Code : 4415

Assigned on 11/13/2026 12:07:41 PM
Transaction ID: 139501

Request New Judge | Return

Fee Paid
Receipt # 300018659
Summons
Issued